**DATE 6/18/2015**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/22/2015 9:37:46 AM
CHRISTOPHER A. PRINE
Clerk

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

**TO:** **14TH COURT OF APPEALS**

**From:** **Deputy Clerk: PHYLLIS WASHINGTON**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE: 2014-70041**

**VOLUME _____ PAGE _____ OR IMAGE # 65817053**

**DUE 6/29/2015** **ATTORNEY 14067300**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED: 6-15-15**

**MOTION FOR NEW TRIAL DATE FILED NONE**

**REQUEST TRANSCRIPT DATE FILED 6/17/2015**

**NOTICE OF APPEAL DATE FILED 6/17/2015**

**NUMBER OF DAYS: ( CLERKS RECORD ) 10**

**FILE ORDERED: YES ☐ NO ☐ IMAGED FILED: YES ☐ NO ☐**

**CODES FOR NOTICE OF APPEAL: D, O;**

CHRIS DANIEL
Harris County, District Clerk

By: /s/PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON , Deputy**

**BC NOTICE OF APPEAL FILED**
**BG NOTICE OF APPEAL FILED – GOVERNMENT**
**C JUDGMENT BEING APPEALED**
**D - ACCELERATED APPEAL**
**OA NO CLERK'S RECORD REQUEST FILED**
**O CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)**
**NA AMENDED NOTICE OF APPEAL**

6/17/2015 9:26:58 AM
Chris Daniel - District Clerk Harris County
Envelope No. 5705395
By: Duane Gilmore
Filed: 6/17/2015 9:26:58 AM

**CAUSE NO. 2014-70041**

| | | |
|---|---|---|
| **BOGDAN GROSU** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **RICHARD FAWCETT, INDIVIDUALLY, KEVIN ROBERTS, INDIVIDUALLY, DARRIN PITTS, INDIVIDUALLY, GEORGE LILLARD, INDIVIDUALLY, CHRISTOPHER MATTHEWS, INDIVIDUALLY, ARMANDO FLORIDO, INDIVIDUALLY, BILLY MORENO, INDIVIDUALLY, DAVID VUKOVIC, INDIVIDUALLY, KEN KIRKPATRICK, INDIVIDUALLY, JAMES LEMONS, INDIVIDUALLY, DOUGLAS HISSONG, INDIVIDUALLY, DANNY FULLER, SR., INDIVIDUALLY, and DENNIS BILLINGS** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **215TH JUDICIAL DISTRICT** |

**DEFENDANTS JOINT NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, **RICHARD FAWCETT, KEVIN ROBERTS, DARRIN PITTS, GEORGE LILLARD, CHRISTOPHER MATTHEWS, ARMANDO FLORIDO, DAVID VUKOVIC, KEN KIRKPATRICK, JAMES LEMONS, DOUGLAS HISSONG, and DANNY FULLER, SR.**, Defendants herein, and file this Joint Notice of Appeal:

1. Defendants, RICHARD FAWCETT, KEVIN ROBERTS, DARRIN PITTS, GEORGE LILLARD, CHRISTOPHER MATTHEWS, ARMANDO FLORIDO, DAVID VUKOVIC, KEN KIRKPATRICK, JAMES LEMONS, DOUGLAS HISSONG, and DANNY FULLER, SR. desire to appeal from the Order signed by this court on June 15, 2015 denying Defendants' Motion to Dismiss Pursuant to Chapter 27.

2. Defendants, RICHARD FAWCETT, KEVIN ROBERTS, DARRIN PITTS, GEORGE

LILLARD, CHRISTOPHER MATTHEWS, ARMANDO FLORIDO, DAVID VUKOVIC, KEN KIRKPATRICK, JAMES LEMONS, DOUGLAS HISSONG, and DANNY FULLER, SR. also desire to appeal from the Order signed by this court on June 15, 2015 ordering Defendants to pay Plaintiff the sum of $1,000 for attorneys' fees and costs.

3. Defendants appeal to either the First or Fourteenth Courts of Appeals.

4. The appeal in this case is an expedited appeal pursuant to Texas Civil Practice & Remedies Code §27.008(b).

5. This Notice of Appeal is being served on all parties to the proceeding.

Respectfully submitted,

MILLER, SCAMARDI & CARRABBA, P.C.

BY: ______________________

David L. Miller
SBN: 14067300
Email: DMiller@msc-lawyer.com
Luke C. Carrabba
SBN: 03869050
Email: LCarrabba@msc-lawyer.com
6525 Washington Avenue
Houston, Texas 77007-2112
TEL: (713) 861-3595
FAX: (713) 861-3596

**ATTORNEYS FOR DEFENDANTS, RICHARD FAWCETT, KEVIN ROBERTS, DARRIN PITTS, GEORGE LILLARD, CHRISTOPHER MATTHEWS, ARMANDO FLORIDO, BILLY MORENO, DAVID VUKOVIC, KEN KIRKPATRICK, JAMES LEMONS, AND DOUGLAS HISSONG**

## NOTICE OF RELATED CASE IN APPEALS

Pursuant to the Local Rule 1.4 of the First and Fourteenth Courts of Appeals, I certify that no related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals.

David L. Miller / Luke C. Carrabba

6/17/15
Date

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all parties through counsel of record via e-service, certified mail, return receipt requested and/or facsimile, pursuant to Rule 21a, Tex. R. Civ. P., on this 17th day of June, 2015.

David L. Miller / Luke C. Carrabba

6/5/2015 12:57:30 PM
Chris Daniel - District Clerk Harris County
Envelope No. 5563474
By: <<Name>>
Filed: 6/5/2015 12:57:30 PM
Pgs-2

DISMY
ATFEX

# Cause №. 2014-70041

| | | |
|---|---|---|
| **Bogdan Grosu**<br>*Petitioner,* | § | **In the District Court** |
| | § | |
| **v.** | § | **215th Judicial District** |
| | § | |
| **Richard Fawcett, Individually,** | § | |
| **Kevin Roberts, Individually,** | § | **Harris County, Texas** |
| **Darrin Pitts, Individually,** | § | |
| **George Lillard, Individually,** | § | |
| **Christopher Matthews, Individually,** | § | |
| **Armando Florido, Individually,** | § | |
| **Billy Moreno, Individually,** | § | |
| **David Vukovic, Individually,** | § | |
| **Ken Kirkpatrick, Individually,** | § | |
| **James Lemons, Individually,** | § | |
| **Douglas Hissong, Individually,** | § | |
| **Danny Fuller, Sr., Individually,** | § | |
| **and,** | § | |
| **Dennis Billings, Individually.** | § | |
| *Defendants.* | § | |

## PETITIONER BOGDAN GROSU'S ~~PROPOSED~~ ORDER DENYING DEFENDANTS' MOTION TO DISMISS PURSUANT TO CHAPTER 27 OF THE CIVIL PRACTICE & REMEDIES CODE

To: Defendants **Richard Fawcett**, Individually, **Kevin Roberts**, Individually, **Darrin Pitts**, Individually, **George Lillard**, Individually, **Danny Fuller, Sr.**, Individually, **Christopher Matthews**, Individually, **Armando Florido**, Individually, **Billy Moreno**, Individually, **David Vukovich**, Individually, **Ken Kirkpatrick**, Individually, **James Lemons**, Individually, **Douglas Hissong**, Individually by and through their attorney of record Luke Carrabba, Miller, Scamardi & Carrabba, P.C., 6525 Washington Avenue, Houston, Texas 77007; and,

To: Defendnat **Dennis Billings**. Dennis Billings may be served by and through his counsel of record Cory S. Reed, Thompson, Coe, Cousins & Irons, L.L.P. via email to creed@thompsoncoe.com and via fax to: 713.403.8299

The Court, having read the pleadings, the Defendants' Motion to Dismiss Pursuant to Chapter 27 of the Civil Practice & Remedies Code, and Supplemental Motion and Petitioner's Response and all exhibits, and after hearing arguments of counsel, is of the opinion that the Defendant's Motion to Dismiss Pursuant to Chapter 27 of the Civil Practice & Remedies Code is found to not be meritorious and should not be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that the Defendants **Richard Fawcett**, Individually, **Kevin Roberts**, Individually, **Darrin Pitts**, Individually, **George Lillard**, Individually, **Danny Fuller, Sr.**, Individually, **Christopher Matthews**, Individually, **Armando Florido**, Individually, **Billy Moreno**, Individually, **David Vukovich**, Individually, **Ken Kirkpatrick**, Individually, **James Lemons**, Individually, and **Douglas Hissong**, Individually Motion to Dismiss Pursuant to Chapter 27 of the Civil Practice & Remedies Code in the above referenced and numbered cause of action is hereby, in all things, DENIED with prejudice as to the re-filing of the same.

It is further ORDERD, ADJUDGED AND DECREED that Defendants **Richard Fawcett**, Individually, **Kevin Roberts**, Individually, **Darrin Pitts**, Individually, **George Lillard**, Individually, **Danny Fuller, Sr.**, Individually, **Christopher Matthews**, Individually, **Armando Florido**, Individually, **Billy Moreno**, Individually, **David Vukovich**, Individually, **Ken Kirkpatrick**, Individually, **JamesLemons**, Individually, **Douglas Hissong**, Individually shall pay to Plaintiff Bogdan Grosu the sum of $ 1,000.00 for attorneys' fees and costs.

SIGNED this ______ day of June, 2015.

Signed:
6/15/2015

Judge Presiding

```
JURN7 (NSA#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 22, 2015(C1)
INT6510                    CIVIL CASE INTAKE                OPT: _____ -  INT
                         GENERAL PARTY INQUIRY              PAGE:    1 -    4

CASE NUM: 201470041__ PJN> __  TRANS NUM: _________ CURRENT COURT: 215 PUB? _
CASE TYPE: DEFAMATION OF CHARACTER        CASE STATUS: ACTIVE
STYLE: GROSU, BOGDAN                    VS FAWCETT, RICHARD
=============================================================================
                        **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME                 PTY   ASSOC. ATTY
  NUM   NUMBER                                            STAT
_    00028-0001 DEF 14067300 HISSONG, DOUGLASS                 MILLER, DAVID
_    00027-0001 DEF 14067300 LEMONS, JACK                      MILLER, DAVID
_    00026-0001 DEF 14067300 KIRKPATRICK, KEN                  MILLER, DAVID
_    00025-0001 DEF 14067300 VUKOVIC, DAVID                    MILLER, DAVID
_    00029-0001 DEF 17303020 BILLINGS, DENNIS                  ROSS, JOHN L.
_    00024-0001 AGT          HISSONG, DOUGLAS MAY BE SERVED
_    00023-0001 AGT          LEMMONS, JAMES MAY BE SERVED B
_    00022-0001 AGT          KIRKPATRICK, KENNETH MAY BE SE

==> (29) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```

```
JURN7 (NSA#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 22, 2015(C1)
INT6510                    CIVIL CASE INTAKE                OPT: _____ -  INT
                         GENERAL PARTY INQUIRY              PAGE:    2 -    4

CASE NUM: 201470041__ PJN> __  TRANS NUM: _________ CURRENT COURT: 215 PUB? _
CASE TYPE: DEFAMATION OF CHARACTER        CASE STATUS: ACTIVE
STYLE: GROSU, BOGDAN                    VS FAWCETT, RICHARD
==============================================================================
                        **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME                 PTY   ASSOC. ATTY
  NUM   NUMBER                                            STAT
_    00021-0001 AGT          VUKOVICH, DAVID MAY BE SERVED
_    00020-0001 AGT          MORENO, BILLY MAY BE SERVED BY
_    00019-0001 AGT          FLORIDO, ARMANDO MAY BE SERVED
_    00018-0001 AGT          MATTHEWS, CHRISTOPHER MAY BE S
_    00017-0001 AGT          LILLARD, GEORGE MAY BE SERVED
_    00016-0001 AGT          PITTS, DARRIN MAY BE SERVED BY
_    00015-0001 AGT          ROBERTS, KEVIN MAY BE SERVED B
_    00014-0001 AGT          FAWCETT, RICHARD MAY BE SERVED

==> (29) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```

```
JURN7 (NSA#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 22, 2015(C1)
INT6510                    CIVIL CASE INTAKE                OPT: _____ -  INT
                         GENERAL PARTY INQUIRY              PAGE:    3 -    4

CASE NUM: 201470041__ PJN> __  TRANS NUM: _________ CURRENT COURT: 215 PUB? _
CASE TYPE: DEFAMATION OF CHARACTER        CASE STATUS: ACTIVE
STYLE: GROSU, BOGDAN                    VS FAWCETT, RICHARD
==============================================================================
                        **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME                  PTY   ASSOC. ATTY
  NUM   NUMBER                                             STAT
_    00013-0001 DEF          HISSONG, DOUGLAS
_    00012-0001 DEF          LEMMONS, JAMES
_    00011-0001 DEF          KIRKPATRICK, KENNETH
_    00010-0001 DEF          VUKOVICH, DAVID
_    00009-0001 DEF          MORENO, BILLY
_    00008-0001 DEF 14067300 FLORIDO, ARMANDO                   MILLER, DAVID
_    00007-0001 DEF 14067300 MATTHEWS, CHRISTOPHER              MILLER, DAVID
_    00006-0001 DEF 03869050 FULLER, DANNY SR                   CARRABBA, LUK

==> (29) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```

```
JURN7 (NSA#)     JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 22, 2015(C1)
INT6510                    CIVIL CASE INTAKE                OPT: _____ -  INT
                         GENERAL PARTY INQUIRY              PAGE:    4 -    4

CASE NUM: 201470041__ PJN> __  TRANS NUM: _________ CURRENT COURT: 215 PUB? _
CASE TYPE: DEFAMATION OF CHARACTER        CASE STATUS: ACTIVE
STYLE: GROSU, BOGDAN                    VS FAWCETT, RICHARD
==============================================================================
                        **** ACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR       PERSON NAME                 PTY   ASSOC. ATTY
  NUM   NUMBER                                             STAT
_    00005-0001 DEF 14067300 LILLARD, GEORGE                     MILLER, DAVID
_    00004-0001 DEF 14067300 PITTS, DARRIN                       MILLER, DAVID
_    00003-0001 DEF 14067300 ROBERTS, KEVIN                      MILLER, DAVID
_    00002-0001 DEF 14067300 FAWCETT, RICHARD                    MILLER, DAVID
_    00001-0001 PLT 24089964 GROSU, BOGDAN                       ANDERSON, PAU

==> (29) CONNECTION(S) FOUND
1=INACTIVE    2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH    11=HELP
```